UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61160-CIV-DIMITROULEAS

ZACHARY PAUL CRUZ,

     Plaintiff,

vs.

CAPTAIN VERONICA CARROLL, in her
individual capacity GAYLE KITE, and
NELSON A. HERNANDEZ,

     Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on Plaintiff's Unopposed Second Motion for Voluntary Dismissal [DE 72], (the "Voluntary Dismissal"), filed herein on July 31, 2020. The Court has considered the Voluntary Dismissal, notes that it is unopposed, and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. The Voluntary Dismissal [DE 72] is **GRANTED**;

2. This case is hereby **DISMISSED WITH PREJUDICE**;

3. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of July, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record